# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | NO. 4:17CR00135-JM-1 |
| | ) | |
| RYAN VESTAL | ) | |

## MOTION TO RESET CONDITIONS OF RELEASE

The defendant, Ryan Vestal, by and through his counsel, Jack T. Lassiter, states in support of his motion that:

1. On December 20, 2018, the Court entered an order releasing Mr. Vestal from custody of the United States Marshals Service.

2. Mr. Vestal remains unconscious at a trauma hospital in Memphis, Tennessee. Mr. Vestal's condition is accurately described in the Government's Motion for Release from Custody.

3. The Court's order referenced above returns Mr. Vestal to the conditions of supervision previously imposed by Honorable Judge Ray on June 27, 1017. That order placed Mr. Vestal in the custody of his mother, Marty Vestal, in home incarceration on electronic monitor. That order was later modified to home detention by Court Order on March 23rd 2018.

4. Mr. Vestal requires long term medical care. Mr. Vestal's prognosis is unknown. Whether he will remain at the current facility or will be transferred elsewhere is unknown to the parties, Probation and the Marshal's Service.

1

WHEREFORE, the circumstances have changed substantially since the Court's early orders. Home detention is no longer possible. The defendant asks that the Court modify his conditions of release based on the current set of circumstances, and for any other relief the Court finds appropriate.

Respectfully submitted,

/s/**Jack T. Lassiter**
ABN 73072
jack@lcarklaw.com

**LASSITER & CASSINELLI**
813 West Third Street
Little Rock, AR 72201
(501) 370-9300
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Kristin Bryant
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229

s/**Jack T. Lassiter**
ABN 73072
jack@lcarklaw.com

**LASSITER & CASSINELLI**
813 West Third Street
Little Rock, AR 72201
(501) 370-9300
**Attorney for Defendant**