# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                    **4:17-CR-00135-JM**

**RYAN VESTAL**

## ORDER

Defendant's second Motion for Compassionate Release (Doc. No. 79) is DENIED.

Again, Defendant's issues with the medical care should be raised with the facility where he is housed. Additionally, the below-guideline sentence (which is the statutory, mandatory minimum) is appropriate after considering the § 3553(a) factors.

IT IS SO ORDERED this 7th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE