IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                         4:17-CR-00135-JM

RYAN VESTAL

## ORDER

Defendant's Motion for Reconsideration (Doc. No. 83) is GRANTED, as is the request for compassionate release, subject to the conditions set out below.

Defendant pleaded guilty to distribution of child pornography and was sentenced to 60 months in prison on August 2, 2021.[1]  He now seeks compassionate release based on his medical conditions, which are well-documented.

Defendant has presented extraordinary and compelling reasons for relief under 18 U.S.C. § 3582.  After considering the § 3553(a) factors, the requested relief is warranted.  The Court also considered the fact that Defendant has served most of his sentence and is scheduled to be released on May 4, 2025.

Effective 9 a.m., Friday, May 3, 2024, Defendant is sentenced to TIME SERVED with 15 years of supervised release to follow.  For the first 12 months of supervised release, Defendant is on home detention.  He is restricted to his residence at all times, except for medical, sex offender, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the supervising officer.  All other conditions of the original judgment remain in effect.[2]

IT IS SO ORDERED, this 28th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 40, 68, 69.

[2] Doc. No. 69.